Larry E. STEPHENS, Claimant–
Appellee,

v.

James B. PEAKE, M.D., Secretary of
Veterans Affairs, Respondent–
Appellant.

No. 2004–7140.

United States Court of Appeals,
Federal Circuit.

Feb. 11, 2008.

Larry E. Stephens, pro se.

Before RADER, Circuit Judge,
CLEVENGER, Senior Circuit Judge, and
BRYSON, Circuit Judge.

PER CURIAM.

### ORDER

The Secretary of Veterans Affairs re-
sponds to the court's November 30, 2007
order and requests that the court sum-
marily affirm the judgment of the United
States Court of Appeals for Veterans
Claims (CAVC) in *Stephens v. Principi*,
02–752, 2004 WL 772425 (April 12, 2004).
Larry E. Stephens has not responded.

This case was stayed pending the court's
disposition in *Roan v. Principi*, 2004–7093,
which was stayed pending the court's dis-
position in *Sanders v. Nicholson*, 487 F.3d
881 (Fed.Cir.2007) and its companion case
*Simmons v. Nicholson*, 487 F.3d 892 (Fed.
Cir.2007). In *Sanders*, this court held that
any section 5103(a) error should be pre-
sumed prejudicial and the Secretary has

the burden of rebutting this presumption.
*Id.* at 891.

The Secretary concedes that the only
issue raised in this appeal is identical to
the issue decided in *Sanders* and *Sim-
mons*. Under these circumstances, sum-
mary affirmance is appropriate.

Accordingly,

IT IS ORDERED THAT:

(1) The stay of proceedings is lifted.

(2) The judgment of the CAVC is sum-
marily affirmed. The case is remanded
for further proceedings.

(3) Each side shall bear its own costs.